# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE PERSON<br>WILLIAM FOSTER,<br>DOB: 05/30/1994, PDID: 615976 | ) ) ) ) ) ) ) Case No. 22-sw-271 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein.

located in the _____ District of  Columbia , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year |

The application is based on these facts:
See attached Affidavit, incorporated herein.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brett Mervis, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: 08/23/2022

*Judge's signature*

City and state: District of Columbia    Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means                 ☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched* | ) |
| | ) Case No. 22-sw-271 |
| THE PERSON | ) |
| WILLIAM FOSTER, | ) |
| DOB: 05/30/1994, PDID: 615976 | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before     September 6, 2022     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Robin M. Meriweather     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 08/23/2022
_____
*Judge's signature*

City and state:   District of Columbia                          Robin M. Meriweather, United States Magistrate Judge
                                                                *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-sw-271 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                *Executing officer's signature*

                                                                 *Printed name and title*

## ATTACHMENT A

*Person to be Searched*

The person to be searched is WILLIAM FOSTER, DOB 05/30/1994, PDID# 615976.

## ATTACHMENT B

*Property to be seized from persons of WILLIAM FOSTER*

All items constituting evidence, fruits, and/or instrumentalities of violations of Possession of a Firearm by Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g) (hereinafter, the "SUBJECT OFFENSE"), by WILLIAM FOSTER, as described in the search warrant affidavit, including, but not limited to, the following:

   a. A sample of the deoxyribonucleic acid ("DNA") of the person identified in Attachment A to be collected via buccal or oral swab in accordance with established procedures, and to be analyzed forensically in accordance with the applicable, valid established procedures.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR THE CHEEK CELLS/SALIVA (BUCCAL SWAB) OF WILLIAM FOSTER, DOB 05/30/1994, PDID# 615976.** | Case No. 22-sw-271 |

## AFFIDAVIT IN SUPPORT OF APPLICATION UNDER RULE 41 FOR WARRANT TO SEARCH AND SEIZE

I, Brett A. Mervis, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) (hereinafter, "your Affiant" or "I"), being duly sworn, depose, and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the recovery of property—a sample of the deoxyribonucleic acid ("DNA") of the person identified in Attachment A to be collected via buccal or oral swab in accordance with established procedures, and to be analyzed forensically in accordance with the applicable, valid established procedures.

2. Your Affiant has been a Special Agent ("SA") with the ATF since March 2014 and is "an investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18 United States Code. Your Affiant is empowered by law to conduct investigations and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code. Your Affiant has received training and experience in interviewing and interrogation techniques, surveillance techniques, arrest procedures, search and seizure, and asset forfeiture, and in gang, organized crime, money laundering, and drug investigations, including

the possession with intent to distribute and distribution of controlled substances, and conspiracies and offenses associated with the foregoing criminal offenses which are prohibited by Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, and Title 18, United States Code, Sections 922, 924, 1956, and 1957. Your Affiant's training includes successful completion of the Criminal Investigator Training Program ("CITP"), instructed by the Federal Law Enforcement Training Center ("FLETC"), and the Special Agent Basic Training, instructed by the ATF National Academy, both are located at FLETC, Glynco, Georgia.

3. Your Affiant has participated in numerous narcotics and violent crimes investigations that resulted in the arrest of numerous subjects, the seizure of property and assets, and the seizure of controlled substances.

4. Since this affidavit is being submitted for the limited purpose of obtaining a search warrant for a buccal swab of FOSTER, I have not set forth every fact learned during this investigation. I make this affidavit based, in part, on my personal knowledge and observations derived from my participation in this investigation, information provided by other law enforcement officers, reports and data provided by other officers, which I have read and reviewed, and, in part, upon information and belief.

5. On the basis of this familiarity, and on the basis of other information your Affiant has reviewed and determine to be reliable, I allege the facts to show there is probable cause to believe that evidence of violation of Possession of a Firearm by Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g),

(hereinafter, the "SUBJECT OFFENSE"), will be found located in the cheek/saliva (buccal swab[1]) of William FOSTER (hereinafter "FOSTER").

## PROBABLE CAUSE

6. Beginning in approximately January 2021, ATF and Metropolitan Police Department (MPD) personnel began investigating the "Potomac Gardens" or "The Gardens" crew. The Potomac Gardens neighborhood in Southeast Washington, D.C., consists of the Potomac Gardens Apartments and Hopkins Apartments public housing complexes and are bound by 11th Street SE to the west, Interstate 695 to the south, Pennsylvania Avenue SE to the north and 14th Street SE to the east. Some of Potomac Gardens crew members are known to Law Enforcement to commit Hobbs Act robberies of pharmacies, engage in narcotics conspiracies and possess illegal firearms, some of which include the installment of fully-automatic conversion switches. During the course of the investigation, ATF and MPD learned of FOSTER as an influential member of the "1K" or "1000" crew, a subset of the Potomac Gardens neighborhood who frequented the Hopkins Apartments' buildings located at 1121 K Street SE, 1131 K Street SE, 1000 K Street SE and 1025 13th Street SE.

7. On February 27, 2017, FOSTER was found guilty of Robbery and sentenced to 36 months incarceration followed by three years supervised release in D.C. Superior Court case 2017 CF3 1571.

---

[1] As the Supreme Court has recognized, a "buccal swab" is a "common procedure" that involves "wiping a small piece of filter paper or a cotton swab similar to a Q-tip against the inside cheek of an individual's mouth to collect some skin cells." *Maryland v. King*, 133 S. Ct. 1958, 1967-68 (2013). This procedure is "quick and painless" and poses "no threat to the health or safety" of a defendant. *Id*. at 1968.

8.On August 15, 2022, before United States Magistrate Judge Merriweather, MPD Investigator Spajic swore out 22-sw-261 federal search warrant for FOSTER's residence, 1025 13th Street SE, #22.  On August 17, 2022, at approximately 0700 hours, MPD and ATF personnel formed an exterior perimeter surrounding the building located at 1025 13th Street SE.  Shortly after forming a perimeter, MPD Investigator Spajic and MPD Detective Giannakoulias observed a male black subject in one of Apartment #22's bedroom windows that faced west towards 11th Street SE; there was an air conditioner in the apartment window.  At approximately 0705 hours, United States Marshals Service (USMS) personnel made entry into Apartment #22.  At the front door, USMS personnel encountered FOSTER's mother, Monique WHEELER and behind his mother, in an interior hallway of Apartment #22, USMS personnel detained FOSTER.  Only FOSTER and WHEELER were in the residence during the execution of the search warrant.

9.Upon a systematic search of the residence, Detective Giannakoulias observed in one of the bedrooms, on the ground outside of the closet, an extended magazine with a round of ammunition lying next to it.  It should be noted that this is the same bedroom that a male black subject was observed in the window.  Investigator Spajic took the following photograph of the extended magazine and round of ammunition:



10. In the same bedroom closet, in a Nike shoe box, Detective Giannakoulias observed a tan in color, Glock 26 9mm-caliber pistol bearing serial number VHU667. Investigator Spajic took the following photograph of the firearm in the Nike shoe box:



11. Your affiant carefully collected the extended magazine and round of loose ammunition into a paper bag. Your affiant observed that the extended magazine was loaded with an unknown number of rounds of ammunition. During the collection of the firearm, your affiant removed the pair of latex gloves and put on new pair of latex gloves before collecting the firearm into a paper bag.

12. Also within the bedroom where the firearm, magazine, and ammunition were seized, law enforcement observed mail matter bearing the defendant's name addressed to the searched address. The bedroom also contained a diamond chain with pendant "SS" and "1K" on the bedside table, right next to the closet, which FOSTER frequently is seen wearing on his Instagram account. Your affiant is aware that FOSTER goes by the nickname "Suge" or "Supersavage Suge," or "SS" for short. Officers also observed male shoes size 10.5 and male

clothing in the bedroom, including a light blue hooded sweatshirt consistent with a hooded sweatshirt FOSTER was seen by ATF wearing on August 1, 2022.

13. During and after the search, FOSTER stated that the bedroom in which the firearm, magazine, and ammunition were seized was not his bedroom. However, as FOSTER was looking for shoes to wear to the station, he acknowledged that his shoes were within the bedroom that contained the firearm and ammunition. FOSTER claimed to officers that he stayed in a different bedroom within the apartment, but an ID card and social security card identifying a different individual were found within that bedroom.

14. ATF Group Supervisor (GS) Jonathan Earle transported both the firearm and magazine to the United States Secret Service (USSS) Officer-Technician Adubato for DNA swabbing and fingerprinting. Your affiant conducted a phone call with USSS Officer-Technician Adubato. USSS Officer-Technician Adubato informed your affiant that the extended magazine was loaded with 31 rounds of ammunition. USSS Officer-Technician further advised your affiant that there was not a round of ammunition in the chamber of the firearm.

15. On August 18, 2022, your affiant met with USSS Officer-Technician Adubato who provided your affiant with two (2) envelopes containing one (1) wet and one (1) dry swab from both the firearm and magazine to collect samples of DNA. Your affiant subsequently inventoried into evidence the two (2) envelopes as ATF Exhibit #196. USSS Officer-Technician Adubato also provided your affiant with a disc containing processing room photographs of the recovered firearm and extended magazine, two (2) of which are as follows:



16.     On August 9, 2022, at approximately 0930 hours, Investigator Spajic captured a video posted to FOSTER's Instagram account, "1k.sicario."  In the video, FOSTER is in possession of what appeared to be a tan in color pistol with an extended magazine.



17.     On August 18, 2022, the Honorable Robin M. Meriweather found there was probable cause to charge FOSTER with 18 U.S.C. 922(g)(1) by complaint, for possession of the Glock-26, 9mm handgun, bearing serial # VHU667, and extended magazine 9mm clip and 9mm caliber ammunition recovered during the August 17, 2022 search.

18. At the time of FOSTER's arrest, on August 17, 2022, buccal swabs were not collected by law enforcement. However, your Affiant believes there is probable cause to obtain a buccal swab, from FOSTER, to compare the DNA collected from the firearm and magazine recovered on August 17, 2022, to FOSTER's DNA.

## CONCLUSION

19. Based upon the above-referenced facts, your affiant submits that there is probable cause to believe that there is evidence of violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) will be found located in the cheek/saliva (buccal swab) of FOSTER.

Respectfully submitted,

*/s/ Brett A. Mervis*
_____
Brett A. Mervis, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 23, 2022.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE